[913 NE2d 409, 885 NYS2d 23]

In the Matter of MANUEL GOMEZ, Respondent, v RAYMOND W. KELLY, as Police Commissioner of the State of New York, et al., Appellants.

Decided June 24, 2009

### APPEARANCES OF COUNSEL

*Michael A. Cardozo, Corporation Counsel*, New York City (*Scott Shorr* of counsel), for appellants.

*Worth, Longworth & London, LLP*, New York City (*Howard B. Sterinbach* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, reversed, with costs, and petition dismissed in its entirety. We cannot say that "the penalty . . . imposed by the Commissioner shocks the judicial conscience" (*Matter of Kelly v Safir*, 96 NY2d 32, 40 [2001]).

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.